DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JOHN R MCWILLIAMS ) Case No. 05-55710 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, SBC SMART YELLOW PAGES in the above entitled matter was returned marked: CRED DID NOT FILED CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $13.06 as an unclaimed dividend.

Claim # 15    SBC SMART YELLOW PAGES
              BANKRUPTCY UNIT
              101 SPEAR ST #534
              SAN FRANCISCO, CA 94105

Dated: May 09, 2011                    _____
                                       DEVIN DERHAM-BURK, TRUSTEE

```
********************************************************************          P.01
                       TRANSACTION REPORT
                                                              JAN-13-2011 THU 02:42 PM

    FOR: Devin Derham-Burk          4083545513

    SEND
    DATE   START      RECEIVER      TX TIME   PAGES TYPE      NOTE        M#   DP

    JAN-13 02:42 PM   14154953325      40"      6   FAX TX     OK              489

                                       TOTAL :           40S  PAGES:  6
********************************************************************
```

# FAX

**Date: January 13, 2011**

Number of pages including coversheet:

| To: | Haydee |
|---|---|
| Company | At&t |
| FAX# | 1-415-495-3325 |
| Re: | Address Change |
| Case # | See attached copies of checks |

| From: | Teresa Camp |
|---|---|
| | OFFICE OF |
| | **Devin Derham-Burk, Trustee** |
| | P O Box 50013 |
| | San Jose, CA 95150-0013 |
| Phone: | Attorneys: (408) 354-4413 |
| | Debtors: (408) 354-1345 |
| | Creditors: (408) 354-8151 |
| FAX # | (408) 354-5513 |

☐ Please review & contact the person named above   ☐ Per your request   ☐ For your information; no response necessary

☐ For Immediate Attention   ☐ For Appropriate Action

Thank you so much for returning my call regarding returned checks from the Post Office. I have attached copies of the checks that were returned which have the name and case numbers on them and I have attached the Notice of Change of Address form that will need to be filed with the United States Bankruptcy Court (the address is on the top of the form). Please note that we will not be able to change the payee with an address change. You will need to file an Amended Claim with the court if you need the payee to be changed. Please contact me if you have any questions.

Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.